**Henry J. LAZNIARZ; Gina M. Lazniarz, Appellants**

v.

**COMMISSIONER OF INTERNAL REVENUE, Appellee.**

No. 14–2624.

United States Court of Appeals, Eighth Circuit.

Submitted: March 25, 2015.

Filed: March 30, 2015.

Henry J. Lazniarz, Minneapolis, MN, pro se.

Gina M. Lazniarz, Minneapolis, MN, pro se.

Bruce R. Ellisen, Karen G. Gregory, Gilbert Steven Rothenberg, Deputy, U.S. Department of Justice, Washington, DC,

---

1. The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.

William Wilkins, Internal Revenue Service, Washington, DC, for Appellee.

Before LOKEN, BOWMAN, and KELLY, Circuit Judges.

PER CURIAM.

Henry Lazniarz and Gina Lazniarz appeal from the decision of the Tax Court [1]—issued after two trials—determining that they owed a tax deficiency and a penalty for the 2006 tax year. We conclude that the taxpayers were given multiple chances to prove their fact-intensive contentions, and the relatively insubstantial tax amounts in question do not warrant further judicial review. We affirm.

---

1. The Honorable David Gustafson, United States Tax Court Judge.